United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ANTHONY R. JONES | ) |
| | ) CIVIL ACTION NUMBER |
| VS. | ) M-22-0384 |
| | ) |
| U.S. E.E.O.C. and C. BURROWS | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Anthony R. Jones' cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 11 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants E.E.O.C. and Chairwoman C. Burrows.

DONE on this 28th day of March, 2024, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE